People of State of Illinois, Defendant in Error, v. Sam Garofolo, and Christ Chiarmonte, Plaintiffs in Error.

Gen. No. 46,706. (Abstract of Decision.)

First District, First Division.

April 2, 1956.

Released for publication April 30, 1956.

A. Bradley Eben, and Frank E. McDonald, for plaintiffs in error; Latham Castle, Attorney General of State of Illinois, for defendant in error; William C. Wines, Raymond S. Sarnow, and A. Zola Groves, Assistant Attorneys General, of counsel. Opinion by JUDGE NIE-MEYER. Not to be published in full.